UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. BUSH, individually,

    Plaintiff,

v.                                                                  CASE NO.:

RAINBOW USA, INC., a foreign corporation,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, MICHAEL T. BUSH, by and through the undersigned counsel, hereby sues Defendant, RAINBOW USA, INC., and alleges:

1. Michael T. Bush, ("Plaintiff") brings this action against Rainbow USA, Inc., ("Defendant"), pursuant to Title VII of the Civil Rights Act of 1964, as amended ("Title VII").

2. Plaintiff is a resident of Pinellas County, Florida.

3. Defendant is a foreign corporation doing business in Florida. Defendant conducts business in Pinellas County, Florida.

4. Venue lies within the Middle District of Florida because all, or a substantial part of, the unlawful acts complained of herein occurred in Pinellas County, Florida.

5. Jurisdiction and venue properly lay in this Court.

6. On October 25, 2018, Plaintiff timely filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") and Florida Commission on Human Relations. A notification of Right to Sue was received from the EEOC and a copy is attached hereto as Exhibit "A." This complaint has been filed within ninety (90) days of receipt thereof.

7. In December 2017, Defendant hired Plaintiff as a sales associate for their Pinellas Park store.

8. At all times material, Plaintiff was qualified to perform his job with Defendant.

9. Plaintiff is a male.

10. Plaintiff was an excellent employee and never had any disciplinary action taken against him.

11. In or about January 2018, the district manager instructed the store manager to terminate Plaintiff because he is a man. The district manager further instructed the store manager to lie to Plaintiff and tell him that his employment was terminated because the Defendant needed to save labor costs (reduce hours).

12. Thereafter, on or about January 29, 2018, the store manager terminated Plaintiff's employment because of his sex (male).

## COUNT I
## Sex Discrimination in Violation of Title VII

13. Plaintiff re-alleges and adopts, as if fully set forth herein, the allegations stated in paragraphs 1 through 12.

14. Plaintiff, a male, is a member of a protected class under Title VII.

15. At all material times, Plaintiff was an "employee" of Defendant within the meaning of Title VII.

16. At all material times, Defendant was an "employer" within the meaning of Title VII.

17. Defendant terminated Plaintiff because of his sex (male) in violation of Title VII.

18.  Defendant's unlawful discriminatory conduct was willful and done in reckless disregard of Plaintiff's federally protected rights.

19.  As a result of the foregoing actions, Plaintiff suffered lost wages and benefits, damage to his future earning ability, professional reputation and career, mental pain, emotional suffering, embarrassment, humiliation, and other intangible injuries.

20.  As a result of the foregoing actions, Plaintiff retained the undersigned law firm to which he is obligated to pay reasonable attorney fees, costs and litigation expenses.

21.  Plaintiff is entitled to recover his attorney fees, costs and other litigation expenses from Defendant if he prevails in this action pursuant to Title VII.

WHEREFORE, Plaintiff requests that this Honorable Court enter judgment in his favor and against Defendant by:

a.  Taking jurisdiction over this action;

b.  Declaring that Defendant violated Title VII and that Defendant's violation of Title VII was willful and not in good faith;

c.  Awarding Plaintiff the amount of his back pay and benefits;

d.  Reinstating Plaintiff with full seniority and benefits as though he had not been terminated or, alternatively, awarding Plaintiff front pay and benefits;

e.  Awarding Plaintiff compensatory damages;

f.  Awarding Plaintiff punitive damages;

g.  Awarding Plaintiff costs, litigation expenses and reasonable attorney fees;

h.  Awarding pre-judgment and post-judgment interest as appropriate; and

i.  Awarding such other relief as it deems just and proper including without limitation any actual or nominal damages warranted.

## Demand for Jury Trial

Plaintiff demands a trial by jury on all issues so triable.

Dated this 27th day of December, 2018.

                      **MORGAN & MORGAN, P.A.**

                      */s/ Mitchell L. Fraley*
                      Mitchell L. Fraley, Esq.
                      Fla. Bar No. 0132888
                      Morgan & Morgan, P.A.
                      201 North Franklin Street, Suite 700
                      Tampa, FL 33602
                      Telephone: 813-393-5457
                      Fax: 813-393-5481
                      Email: mfraley@forthepeople.com
                      *Attorney for Plaintiff*

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Michael T. Bush<br>500 110th Ave N, Apt 209<br>108 S.W. Lincoln Cir North<br>St Petersburg, FL 33716 | From: Tampa Field Office<br>501 East Polk Street<br>Room 1000<br>Tampa, FL 33602 |

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 511-2019-00365 | CYNTHIA M. WOODRUFF, Investigator | (813) 202-7902 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Evangeline Hawthorne*      NOV 1 6 2018

Enclosures(s)      Evangeline Hawthorne, Director      *(Date Mailed)*

cc:
| | |
|---|---|
| Adin Goldberg, Chief HR Officer<br>Rainbow USA<br>1000 Pennsylvania Avenue<br>Brooklyn, NY 11207 | Mitchell Fraley, Esq.<br>MORGAN & MORGAN<br>Ste 700, One Tampa City Center<br>Tampa, FL 33602 |


EXHIBIT A